**Order filed, August 12, 2019.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-19-00367-CV**

———————

**GEORGIOS ANGELIS, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION AND BRAEMAR TECHNICAL SERVICES, INC., Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-78443**

---

## ORDER

The reporter's record in this case was due July 24, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Kimberly Kidd, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Bourliot.